**Opinion issued January 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-23-00884-CV

———————————————

**SAMUEL SCRIVANICH, LARRY SCRIVANICH, AND WORKFORCE MODULARS LLC, Appellants**

**V.**

**THOMAS DOWNIE, DOWCAR METALS, INC., AND PK CONSULTING LLC, Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-07053**

---

## MEMORANDUM OPINION

Appellants Samuel Scrivanich, Larry Scrivanich, and Workforce Modulars LLC have filed an unopposed motion to dismiss this appeal because the parties have settled. No opinion has issued.

We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).

Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.